```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
                         AUSTIN DIVISION

UNITED STATES OF AMERICA,            ) AU:13-CR-00458(1)-DEW
                                     )
   Plaintiff,                        )
                                     )
VS.                                  ) AUSTIN, TEXAS
                                     )
FRANCISCO ANTONIO COLORADO CESSA,    )
                                     )
   Defendant.                        ) FEBRUARY 2, 2015

      *******************************************
             TRANSCRIPT OF SENTENCING HEARING
          BEFORE THE HONORABLE DONALD E. WALTER
      *******************************************
APPEARANCES:
FOR THE PLAINTIFF:       DOUGLAS W. GARDNER
                         MICHELLE FERNALD
                         UNITED STATES ATTORNEY'S OFFICE
                         8612 CONGRESS AVENUE, SUITE 1000
                         AUSTIN, TEXAS 78701

FOR THE DEFENDANT:       CHARLES FLOOD
                         CHRIS FLOOD
                         FLOOD & FLOOD
                         914 PRESTON AT MAIN, SUITE 800
                         HOUSTON, TEXAS 77002-1832

                         JOHN D. CLINE
                         LAW OFFICE OF JOHN D. CLINE
                         235 MONTGOMERY STREET, SUITE 1070
                         SAN FRANCISCO, CALIFORNIA 94104

                         KRISTIN ETTER
                         SUMPTER & GONZALEZ, L.L.P.
                         206 E. 9TH STREET, SUITE 1511
                         AUSTIN, TEXAS 78701.

INTERPRETER:             PETER HEIDE

COURT REPORTER:          ARLINDA RODRIGUEZ, CSR
                         501 WEST 5TH STREET, SUITE 4152
                         AUSTIN, TEXAS 78701
                         (512) 391-8791

Proceedings recorded by computerized stenography, transcript
produced by computer.
```

(Open Court)

THE CLERK: The Court calls the following case for sentencing: A:13-CR-458-DEW, *United States of America v. Francisco Antonio Colorado Cessa*.

MR. GARDNER: Good morning Your Honor, Doug Gardner and Michelle Fernald for the United States.

MR. FLOOD: Good morning, Your Honor. Chris Flood, Charles Flood, John Cline and Kristin Etter.

THE COURT: Okay. I'll just use you, Mr. Flood, okay?

MR. FLOOD: Okay.

THE COURT: All right. If you -- can your client move around fairly easy?

MR. FLOOD: Certainly.

THE COURT: I'd like you to use the podium, please.

MR. FLOOD: Sure.

THE COURT: Mr. Cessa, you have received a copy of your presentence report; is that correct?

THE DEFENDANT: Yes.

THE COURT: And your -- your lawyer has filed certain objections. Are you familiar with those?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Okay. All right. Your objections to paragraph 7, 9, 10 -- well, actually, through 16 plus 23 and 24 I have read and I have noted them. They're mostly just

| | | |
|---|---|---|
| 08:59:54 | 1 | contrary to your plea.  They have no effect on my sentence. |
| 08:59:58 | 2 | Your objection to 26 is overruled for the reasons |
| 09:00:03 | 3 | stated.  Your objection to 13 and 17 -- your objection 13 and |
| 09:00:10 | 4 | 17 which goes to paragraphs 28, 32, and 56 are overruled.  The |
| 09:00:17 | 5 | guideline range is correctly calculated.  Your objection to |
| 09:00:20 | 6 | paragraph 35 is overruled for the reasons stated.  And your |
| 09:00:24 | 7 | 15th and 16th objection have been resolved. |
| 09:00:28 | 8 | If I may summarize, your objection to the 16-level |
| 09:00:31 | 9 | enhancement for the value of the bribe is overruled.  Your |
| 09:00:36 | 10 | objection to the four-level enhancement for the offense |
| 09:00:40 | 11 | involving the -- attempted bribery of a public official is |
| 09:00:44 | 12 | overruled.  Your objection to the two-level increase for being |
| 09:00:48 | 13 | an organizer or leader is overruled.  And your objection to the |
| 09:00:53 | 14 | assessment of three criminal history points is also overruled. |
| 09:00:58 | 15 | Now, Mr. Flood, anything you want to say to me? |
| 09:01:05 | 16 | MR. FLOOD:  No, Your Honor.  I put it all in my |
| 09:01:07 | 17 | papers. |
| 09:01:08 | 18 | THE COURT:  All right.  And I've read all those, |
| 09:01:10 | 19 | including the government's voluminous filings as late as |
| 09:01:13 | 20 | Sunday. |
| 09:01:16 | 21 | MR. FLOOD:  And for the record, Your Honor, we object |
| 09:01:17 | 22 | to the government's supplemental response that was filed on |
| 09:01:21 | 23 | Saturday as well as their response that was filed, I believe, |
| 09:01:24 | 24 | or sent to the Probation Department. |
| 09:01:26 | 25 | THE COURT:  If it's any consolation, I didn't read |

09:01:29  1  any of the one filed on Sunday.  Anyway, Mr. Cessa, anything
09:01:33  2  you want to tell me?
09:01:35  3             THE DEFENDANT:  No, Your Honor.
09:01:40  4             THE COURT:  All right.  I'm going to adopt the
09:01:42  5  factual findings of the Probation Office as is contained in the
09:01:45  6  presentence report and addendum.
09:01:46  7             And pursuant to the Sentencing Reform Act of '84, it
09:01:49  8  is the judgment of the Court that you be committed to the
09:01:53  9  custody of the Bureau of Prisons for a term of 60 months as to
09:01:56 10  count one.  The term of imprisonment shall run consecutively to
09:02:01 11  the term of the imprisonment imposed in Docket Number 12-210.
09:02:06 12             The sentence was imposed after considering the
09:02:10 13  provisions of 3553(a), your personal history characteristics of
09:02:18 14  the crime, and your prior record.
09:02:19 15             Upon release from imprisonment, you're placed on
09:02:22 16  supervised release for a term of three years.  That term will
09:02:25 17  run concurrent to the term of supervised release imposed in
09:02:31 18  Docket Number 12-210.
09:02:33 19             Within 72 hours of your release from custody, you are
09:02:37 20  to report in person to the probation office in the district to
09:02:41 21  which you are released.  While you're on supervised release,
09:02:43 22  you're not to commit another federal, state, or local crime and
09:02:47 23  you're to comply with the mandatory and standard conditions
09:02:50 24  adopted by this Court.
09:02:51 25             If you are to be deported or removed upon release

```
09:02:58   1  from imprisonment, the supervised release will be a
09:03:00   2  non-reporting supervised release.  Should you come back to the
09:03:06   3  States, you are to report to the probation office -- the
09:03:13   4  nearest probation office.
09:03:17   5           All the previous conditions imposed in 12-210 remain
09:03:22   6  in full effect as previously ordered.  You do have to pay a
09:03:28   7  $100 assessment which is due now.  I'm not going to order a
09:03:31   8  fine.  There's no point in it.
09:03:33   9           You have the right to appeal.  If there is a notice
09:03:35  10  of appeal, the clerk will send the presentence report under
09:03:39  11  seal to the Court of Appeals.
09:03:40  12           Is there anything else, Mr. Flood?
09:03:43  13           MR. FLOOD:  Well, Your Honor, a couple of things.  I
09:03:45  14  just wanted to make sure the record was clear that by
09:03:49  15  participating in this proceeding and by filing our sentencing
09:03:53  16  memorandum, we in no way are abandoning our previous motion to
09:03:57  17  withdraw his plea.
09:03:58  18           THE COURT:  I understand, yes.  And that is what I
09:04:02  19  understand, and I understand you have -- you have already filed
09:04:05  20  a notice of appeal but it was premature and the court of
09:04:09  21  appeals is now awaiting you to tell them that we're here.
09:04:12  22           MR. FLOOD:  Okay.
09:04:13  23           THE COURT:  Right.
09:04:13  24           MR. FLOOD:  And the only other thing, Your Honor, is
09:04:17  25  the defendant's family lives in Houston, Texas -- or part of
```

```
09:04:20   1  his family does.  We'd ask that the Court order him transferred
09:04:24   2  to the federal detention center in the Southern District of
09:04:28   3  Texas, Houston Division for now.  And we'd also ask that the
09:04:31   4  Court recommend to the Bureau of Prisons that he be housed at
09:04:34   5  the Beaumont facility near his family.
09:04:38   6           THE COURT:  Okay.  I'm really not in a position to
09:04:41   7  order Article 1 -- Article 2 around.  But I will certainly
09:04:45   8  recommend to the Bureau of Prisons that they take him down to
09:04:50   9  Beaumont.
09:04:50  10           MR. FLOOD:  Okay.  And then, finally, Your Honor, his
09:04:54  11  14-year-old son -- 15-year-old son, Jose Antonio is present in
09:04:59  12  the courtroom with his mother.
09:05:01  13           THE COURT:  Uh-huh.
09:05:02  14           MR. FLOOD:  If the marshal would allow it, we ask
09:05:04  15  that he be allowed to embrace his son temporary just to -- he
09:05:08  16  hasn't done so in over two years, Your Honor.
09:05:10  17           THE COURT:  Okay.  Marshal, how far can we go?
09:05:17  18           THE MARSHAL:  We don't do that in the courtroom.
09:05:20  19  It's not usually our practice.
09:05:23  20           THE COURT:  Can you handle that?  Can you honor that
09:05:25  21  request?
09:05:26  22           MR. FLOOD:  I believe last time he was allowed to hug
09:05:29  23  his wife, Your Honor.
09:05:34  24           THE COURT:  Can we do that?  He would like to hug his
09:05:38  25  son.
```

```
09:05:38   1              THE MARSHAL:  Real quick.
09:05:40   2              THE COURT:  Okay.  The marshals are in charge of
09:05:43   3   that.
09:05:44   4              Anything else?
09:05:45   5              MR. FLOOD:  One minute.  No.  I think we're okay,
09:05:49   6   Your Honor.
09:05:49   7              THE COURT:  All right.  Anything from the government?
09:05:51   8              MR. GARDNER:  Your Honor, based on the plea
09:05:52   9   agreement, the government moves to dismiss the remaining counts
09:05:54  10   in this case.
09:05:55  11              THE COURT:  So ordered.
09:05:57  12              MR. FLOOD:  Thank you, Your Honor.
09:05:58  13              THE COURT:  Anything else?
09:05:59  14              MR. FLOOD:  No, Your Honor.
09:05:59  15              THE COURT:  Thank you all, gentlemen.
09:06:01  16         (End of transcript)
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

ARLINDA L. RODRIGUEZ, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

```
 1  UNITED STATES DISTRICT COURT      )

 2  WESTERN DISTRICT OF TEXAS         )

 3      I, Arlinda Rodriguez, Official Court Reporter, United

 4  States District Court, Western District of Texas, do certify

 5  that the foregoing is a correct transcript from the record of

 6  proceedings in the above-entitled matter.

 7      I certify that the transcript fees and format comply with

 8  those prescribed by the Court and Judicial Conference of the

 9  United States.

10      WITNESS MY OFFICIAL HAND this the 6th day of

11  February 2015.

12

13                              /S/ Arlinda Rodriguez
                                Arlinda Rodriguez, Texas CSR 7753
14                              Expiration Date:  12/31/2016
                                Official Court Reporter
15                              United States District Court
                                Austin Division
16                              501 West 5th Street, Suite 4152
                                Austin, Texas 78701
17                              (512) 391-8791

18

19

20

21

22

23

24

25
```